

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Gabriel Frenette,<br><br>    Defendant. | 12-CR-917-RGK-5<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b): (Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

    (B)  ( )  Clear and convincing evidence that the defendant has violated any other condition of release; and

1 | (2) (A) (✓) Based on the factors set forth in 18 U.S.C. §3142(g), there is no
2 | condition or combination of conditions of release that will assure
3 | that the defendant will not flee or pose a danger to the safety or
4 | any other person or the community; or
5 | (B) ( ) The defendant is unlikely to abide by any condition or
6 | combination of conditions of release.
7 | (3) ( ) There is probable cause to believe that, while on release, the
8 | defendant committed a Federal, State, or local felony, and the
9 | presumption that no condition or combination of conditions will
10 | assure that the person will not pose a danger to the safety of any
11 | other person or the community has not been rebutted.
12 | OR
13 | (4) ( ) The court finds that there are conditions of release that will assure
14 | that the defendant will not flee or pose a danger to the safety any
15 | other person or the community, and that the defendant will abide
16 | by such conditions. See separate Order setting conditions.
17 | ( ) It is further ordered that this order is stayed for 72 hours in order
18 | to allow the Government to seek review from the assigned district
19 | judge or criminal duty district judge as appropriate.
20 | OR
21 | C.
22 | ( ) IT IS ORDERED defendant be detained prior to trial.
23 | DATED: 12/18/17

_Patrick J. Walsh_

UNITED STATES MAGISTRATE JUDGE

- 2 -